# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In Re* Third Party Subpoena to Fusion GPS<br><br>c/o Zuckerman Spaeder LLP<br>1800 M Street, NW<br>Washington, D.C. 20036 | Misc. Case No. \_\_\_\_\_ |
| Aleksej Gubarev, XBT Holding S.A., and Webzilla, Inc.<br>                Plaintiffs,<br><br>            v.<br><br>Buzzfeed, Inc and Ben Smith.,<br><br>                Defendants. | Case No. 17-cv-60426-UU |

## [PROPOSED] ORDER

Upon consideration of Non-Party Fusion GPS's Motion to Quash Subpoena or, in the Alternative, for a Protective Order, and the entire record herein, it is hereby

**ORDERED** that the Motion to Quash is **GRANTED**.

It is **SO ORDERED** this \_\_\_ day of _____ 2017.

 

_____
UNITED STATES DISTRICT JUDGE

## Appendix to Proposed Order

Pursuant to Local Rule 7(k), the following attorneys are entitled to be notified of entry of this Order:

Brady James Cobb
Tripp Scott
110 SE 6th Street
15th Floor PO Box 14245
Fort Lauderdale, FL 33302-4245
9545274111
Fax: 9549005507
Email: bcobb@cobbeddy.com

Evan Fray-Witzer
Ciampa, Fray-Witzer, LLP
20 Park Plaza
Suite 505
Boston, MA 02116
617-426-0000
Email: Evan@cfwlegal.com

Valentin Gurvits
Boston Law Group, PC
825 Beacon Street
Suite 20
Newton Centre, MA 02459
617-928-1804
Email: vgurvits@bostonlawgroup.com

Matthew Shayefar
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
617-928-1806
Fax: 617-928-1802
Email: matt@shayefar.com

Adam Lazier
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 603-4068
Email: adamlazier@dwt.com

Amy Wolf
Davis Wright Tremaine LLP

1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Email: amywolf@dwt.com

Katherine M. Bolger
Davis Wright Tremaine, LLC
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 603-4068
Email: katebolger@dwt.com

Nathan Siegel
Davis Wright Tremaine, LLC
1919 Pennsylvania Avenue NW, Suite 8001899 L Street, NW
Washington, DC 20006
(202) 973-4200
Email: nathansiegel@dwt.com

Lawrence Allan Kellogg
Levine Kellogg Lehman Schneider & Grossman LLP
Miami Center
201 So. Biscayne Boulevard, 22nd Floor
Miami, FL 33131
305-403-8788
Fax: 305-403-8789
Email: lak@lklsg.com