# EXHIBIT 3

| | |
|---|---|
| **From:** | Evan Fray-Witzer <Evan@CFWLegal.com> |
| **Sent:** | Thursday, August 24, 2017 11:25 PM |
| **To:** | Salky, Steven M. |
| **Cc:** | Cotton, Rachel; 'Val Gurvits' |
| **Subject:** | RE: Checking back |
| **Attachments:** | REVISED SCHEDULES to FUSION GPS SUBPOENA.pdf |
| **Importance:** | High |

Hi Steven -

I'm attaching revised schedules for Fusion GPS's deposition. Where possible, I've limited the area of inquiry/request to the December Memo. In some instances, though, it was impractical to do so simply because it would define things so narrowly as to exclude any reasonable response. For example, a category of inquiry concerning the hiring of Fusion to produce the December Memo would be meaningless since Fusion was hired not to produce the December Memo, per se, but the Dossier as a whole.

Also, I would be remiss if I did not at least acknowledge the widespread reporting today that your client testified for 10 hours to the senate judiciary investigators and that your client has urged the transcripts of that testimony to be made public. Such a position is largely inconsistent, I would argue, with efforts to resist testifying in the Buzzfeed litigation. It is my hope that your client will provide responsive documents and agree to sit for his deposition without the need for judicial intervention.
Please do let me know.

Thank you.

Evan


Evan Fray-Witzer
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
(617) 426-0000
(617) 507-8043 (facsimile)
Evan@CFWLegal.com

-----Original Message-----
From: Salky, Steven M. [mailto:Ssalky@zuckerman.com]
Sent: Thursday, August 24, 2017 10:03 AM
To: Evan@CFWLegal.com
Cc: Cotton, Rachel <RCotton@zuckerman.com>
Subject: Checking back

Evan: just checking back with you regarding your ability to amend the document requests and the areas of inquiry attached to your subpoena to Fusion GPS? I can talk today or tomorrow, as long as I have advance notice.
Thanks.

Steve

1

Sent from my iPhone=