# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In Re Third Party Subpoena to Fusion GPS*<br>c/o Zuckerman Spaeder LLP<br>1800 M Street, NW<br>Washington, DC 20036 | Case No. 1:17-mc-02171-TSC |
| *Aleksej Gurbarev, XBT Holding S.A., and Webzilla, Inc.*,<br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>*Buzzfeed, Inc.* and *Ben Smith*,<br>　　　　　Defendants. | Case No. 17-dv-60426-UU |

## APPEARANCE OF COUNSEL

To:　The Clerk of the Court and all parties of record

　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

　　Aleksej Gurbarev, XBT Holding S.A., and Webzilla, Inc.

Date: September 18, 2017　　　　　/s/ *Walter E. Diercks*

　　　　　　　　　　　　　　　　Walter E. Diercks
　　　　　　　　　　　　　　　　RUBIN, WINSTON, DIERCKS, HARRIS &
　　　　　　　　　　　　　　　　　　COOKE, LLP
　　　　　　　　　　　　　　　　1201 Connecticut Avenue, N.W., Suite 200
　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　Telephone: (202) 861-0870
　　　　　　　　　　　　　　　　Fax: 202 888-0119

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

s/ *Walter E. Diercks*
Walter E. Diercks

Service List:

Steven Mark Salky, Esq.
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036