UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-mc-60528-UU

*In re* THIRD PARTY SUBPOENA
TO FUSION GPS
_____/

**ORDER**

THIS CAUSE comes before the Court upon Fusion GPS's Motion to Quash (D.E. 1).

Local Rule 26.1(g)(3) requires the present motion to conform to a specific format. Specifically, it must "for each separate [request], state: (A) verbatim the specific item of discovery; (B) the type of protection the party requests; and (C) the reasons supporting the protection. The party shall write this information in immediate succession to enable the Court to rule separately on each individual item in the motion."

Because the motion was not filed here, it does not comply with this rule. The Court requires, however, that the motion be recast in compliance with the rule to facilitate its review. It is, therefore, hereby

ORDERED AND ADJUDGED that the Motion (D.E. 1) is DENIED for failure to comply with rule 26.1(g)(3) but without prejudice and with leave to refile in compliance with the rule no later than **Friday, June 1, 2018.**

DONE AND ORDERED in Chambers at Miami, Florida, this 22d day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf