**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

| | |
|---|---|
| *In Re* Third Party Subpoena to Fusion GPS | Case No. 18-MC-60528-UNGARO |

**NON-PARTY FUSION GPS' UNOPPOSED**
**MOTION FOR LEAVE TO FILE MOTION IN EXCESS OF PAGE LIMIT**

Non-Party Fusion GPS, by and through undersigned counsel, moves, *with consent*, for leave to file a motion to quash that exceeds the page limitation designated by Local Rule 7.1(c)(2). The grounds for this motion are set forth in the incorporated memorandum of law.

**MEMORANDUM OF LAW**

Rule 7.1(c)(2) of the Southern District's Local Rules provides that, "[a]bsent prior permission of the Court, neither a motion and its incorporated memorandum of law nor the opposing memorandum of law shall exceed twenty (20) pages." S.D. Fla. L.R. 7.01(c)(2) (2018).

The instant dispute involves Fusion GPS's motion to quash Plaintiffs Aleksej Gubarav, XBT Holding S.A. and Webzilla, Inc.'s overbroad and burdensome subpoena issued to it in connection with their defamation claims against Buzzfeed and Ben Smith (the "Buzzfeed Defendants"). That motion was originally brought in the U.S. District Court for the District of Columbia. After that motion was fully briefed, the Hon. Trevor McFadden transferred the motion to the U.S. District Court for the Southern District of Florida. ECF No. 22. This Court then requested that Fusion recast its motion to quash to comply with Local Rule 26.1(g)(3). ECF No. 42. Local Rule 26.1(g)(3) requires that motions for protective order state: (A) verbatim the

specific item of discovery; (B) the type of protection the party request; and (C) the reason supporting the protection.

The subpoena at issue contains nineteen areas of inquiries and eleven document requests. Despite Fusion GPS's best efforts to limit its arguments, it has not been able to adequately address each area of inquiry and document request within the twenty (20) page limit set forth in S.D. Fla. L.R. 7.1(C)(2). Accordingly, Fusion requests that this Court enlarge the page limit from 20 to 25 pages so that it may adequately address each topic contained in the subpoena.

### GOOD FAITH CERTIFICATE

Counsel for Fusion GPS conferred with Evan Fray-Witzer, counsel for Plaintiffs. Mr. Fray-Witzer indicated that Plaintiffs consent to the relief requested herein.

WHEREFORE, Fusion GPS respectfully requests the Court to enter an order granting it leave to file a 25-page motion to quash Plaintiffs' subpoena.

Respectfully submitted,

By: /s/ Marcos E. Hasbun
   Marcos E. Hasbun (Fla. Bar No. 0145270)
   ZUCKERMAN SPAEDER LLP
   101 East Kennedy Blvd., Suite 1200
   Tampa, FL  33602
   Tel: 813-221-1010
   Fax: 813-223-7961
   mhasbun@zuckerman.com

By: /s/ Steven M. Salky
   Steven M. Salky (DC Bar No. 360175)
   Rachel F. Cotton (DC Bar No. 997132)
   Zuckerman Spaeder LLP
   1800 M Street, Suite 1000
   Washington, DC  20036
   Tel:  (202) 778-1800
   Fax:  (202) 822-8106
   ssalky@zuckerman.com
   rcotton@zuckerman.com

*Counsel for Non-Party Fusion GPS*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of May, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will provide Electronic Mail to the following:

>Evan Fray-Witzer
>Ciampa, Fray-Witzer, LLP
>20 Park Plaza, Ste. 505
>Boston, MA 02116
>Email: Evan@cfwlegal.com
>
>Walter Elmer Diercks
>Rubin, Winston, Diercks, Harris & Cooke
>1201 Connecticut Avenue NW, Ste. 200
>Washington, DC 20036

>/s/ Marcos E. Hasbun
>Marcos E. Hasbun