# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-mc-60528-UU

*In re* THIRD PARTY SUBPOENA
TO FUSION GPS
_____/

## ORDER

THIS CAUSE comes before the Court upon Fusion GPS's motion for leave to file excess pages (D.E. 43).

Fusion GPS asks for five additional pages for its motion to quash because the subpoena at issue here involves nineteen areas of inquiry and eleven documents requests. The request is reasonable and so it is hereby

ORDERED AND ADJUDGED that the motion (D.E. 43) is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this _4th_ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf