UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re Third Party Subpoena to Fusion GPS        Case No. 18-mc-60528 (UU)

_____/

ALEKSEJ GUBAREV, XBT HOLDING S.A.,
AND  WEBZILLA, INC.,

      Plaintiffs,        Case No. 17-cv-60426 (UU)

vs.

BUZZFEED, INC. AND BEN SMITH,

      Defendants.

_____/

## ORDER

This cause comes before the Court upon the Order on the Recast Motion to Quash filed concurrently with this order.  It is hereby

ORDERED AND ADJUDGED that Fusion GPS SHALL comply with the Order on the Recast Motion to Quash by producing all required documents no later than **Wednesday, August 15, 2018,** and sitting for a 30(b)(6) deposition, which must be completed no later than **Friday, August 31, 2018.**  Failure to comply with this order will result in appropriate sanctions.

DONE and ORDERED this  _25th_ day of July, 2018 at Miami, Florida.

*[signature]*
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf